IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 4: 21

CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

vs.

_Yolanda Smith_
Defendant

CR. NO. 05-20254

========================================================
ORDER ON ARRAIGNMENT
========================================================

This cause came on to be heard on _July 26, 2005_. The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name _Pam Hamrin (FPD)_

(retained)(appointed)

Address _____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

_✓_ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
United States Magistrate Judge

Charge(s): _____

Assistant U. S. Attorney: _____
Defendant's Age: _31_
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7/27/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20254 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT