IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20254-D |
| YOLANDA SMITH, | * | |
| Defendant. | * | |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REPORT DATE

Before this Court is defendant's Unopposed Motion to Continue Report Date, filed November 14, 2005. For good cause shown, and without opposition, the Report Date is Continued and is RESET to Thursday, January 26, 2005, at 9:00 a.m. Trial is set for February 6, 2005, at 9:30 a.m. Time is excluded through February 17, 2005, for additional time to prepare.

It is so ORDERED this _15_ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20254 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Bernice Donald
US DISTRICT COURT